**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-2189**

GERTRUDE CORETTA FENNELL HAMILTON,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA, D.O.J.; CHARLESTON S.C. DISTRICT COURT; STATE OF SOUTH CAROLINA,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:20-cv-01666-RMG)

Submitted: March 25, 2021            Decided: May 25, 2021

Before KING, KEENAN, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gertrude Coretta Fennell Hamilton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gertrude Coretta Fennell Hamilton appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Hamilton's complaint with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hamilton v. United States*, No. 2:20-cv-01666-RMG (D.S.C. Oct. 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*